JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-159-GW-SSx | Date | June 4, 2020 |
|---|---|---|---|
| Title | *Shamar Jackson v. Viroj Watana, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**    **ORDER TO SHOW CAUSE RE SETTLEMENT**


Case is called.  Counsel for Plaintiff is not present.

The Court issued an order to show cause on April 17, 2020 for the following reason: A notice of settlement [23] filed on Aril 17, 2020. Based on the settlement, and for reasons stated on the record, the Court hereby dismisses the above-entitled action without prejudice.

:   01

Initials of Preparer   JG